# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

T.O.M.S. ENTERPRISES OF NORTH
FLORIDA, INC.,

    Plaintiff,

v.                                              Case No. 3:22-cv-765-TJC-MCR

WESTFIELD INSURANCE
COMPANY,

    Defendant.
_____

## **O R D E R**

Upon review of the Joint Stipulation for Dismissal (Doc. 18), filed on October 6, 2022, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of October, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record